# EXHIBIT 1

LIBRARY OF CONGRESS

Copyright Office
of the United States

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for a work entitled **HAPPY FACE** registered under number **VA 564 166**. This work has been registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY ALSO**, that the attached additional certificate is a claim of copyright for a work entitled **HAPPY FACE** registered under number **VA 993-107**. This work has been registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY FUTHER**, that the attached color copy is a true representation of the work entitled **HAPPY FACE** deposited in the Copyright Office March 11, 1993 with a claim of copyright registered under number **VA 564 166**.

**THIS IS TO CERTIFY TOO**, that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on September 29, 2015.

Maria A. Pallante
Register of Copyrights

By: *Jarletta Walls*
Jarletta Walls
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17. U.S.C. 101 et seq.

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number

VA 564 166

In testimony whereof, the seal of this office is affixed hereto on

September 29, 2015

*Maria A. Pallante*

Register of Copyrights and
Associate Librarian for Copyright Services

C-731 · 06/2011—10,000

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** ... 1991

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** ... November ... 1991

FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 564 166

VA / VAU

EFFECTIVE DATE OF REGISTRATION

March 11 1993

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Happy Face

NATURE OF THIS WORK ▼ See instructions
Tee shirt

PREVIOUS OR ALTERNATIVE TITLES ▼
Nirvana

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
a  Nirvana, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
XX Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ State of Washington
     { Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  XX No
Pseudonymous? ☐ Yes  XX No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Tee shirt design - entire work

NAME OF AUTHOR ▼
b

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

NAME OF AUTHOR ▼
c

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1991 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶ November   Day ▶ ?   Year ▶ 1991
U.S.A.

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Nirvana, Inc.
c/o Lee Johnson - VMC Management
13343 Bellevue Redmond Road, Bellevue, WA  98005

APPLICATION RECEIVED
MAR 11 1993

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶

VA 564 166

FORM VA

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Deborah L. Benson
MORSE, ALTMAN, DACEY & BENSON
73 Tremont Street, Suite 402
Boston, MA 02108-3900

Our File #38620

Area Code & Telephone Number ▶ (617) 523-3515

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _Nintendo, Inc._
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Deborah L. Benson                                        date ▶ March 9, 1993

Handwritten signature (X) ▼
/s/ Deborah L. Benson

**9 MAIL CERTIFICATE TO**
Deborah L. Benson                                   #38620
MORSE, ALTMAN, DACEY & BENSON
73 Tremont Street, Suite 402
Boston, MA 02108-3900

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**FORM CA**
VA 993-107

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

DEC 2 1 1998

---

**A — TITLE OF WORK ▼**
Happy Face

**REGISTRATION NUMBER OF THE BASIC REGISTRATION ▼**
VA 554 166

**YEAR OF BASIC REGISTRATION ▼**
1993

**NAME(S) OF AUTHOR(S) ▼**
Nirvana, Inc.

**NAME(S) OF COPYRIGHT CLAIMANT(S) ▼**
Nirvana, Inc.

---

**B — LOCATION AND NATURE OF INCORRECT INFORMATION IN BASIC REGISTRATION ▼**

Line Number ............... Line Heading or Description ....................

**INCORRECT INFORMATION AS IT APPEARS IN BASIC REGISTRATION ▼**

**CORRECTED INFORMATION ▼**

**EXPLANATION OF CORRECTION ▼**

---

**C — LOCATION AND NATURE OF INFORMATION IN BASIC REGISTRATION TO BE AMPLIFIED ▼**

Line Number ...... 4 ...... Line Heading or Description ... Copyright Claimant

**AMPLIFIED INFORMATION ▼**

Nirvana, L.L.C.
c/o Allen Draher, Attorney
Preston Gates & Ellis LLP
701 Fifth Ave., Ste. 5000
Seattle, WA 98104

Copyright Registration assigned from Nirvana, Inc. to Nirvana on 11/15/97
Copyright Registration assigned from Nirvana to Nirvana, L.L.C. on 7/29/98

**EXPLANATION OF AMPLIFIED INFORMATION ▼**
Change of address

MORE ON BACK ▶

Page 1 of 2 pages

☒004

| FORM CA RECEIVED | FORM CA |
|---|---|
| DEC 21 1998  8/2/99 | |
| FUNDS RECEIVED DATE | |

| EXAMINED BY  JTH | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| CHECKED BY | |
| CORRESPONDENCE ☒ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☒ YES  ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

CONTINUATION OF: (Check which)  ☐ PART B OR  ☐ PART C    **D**

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name Allen Draher, Preston Gates & Ellis LLP
Address 701 Fifth Ave., Ste. 5000
City Seattle  State WA  Zip 98104
Area Code and Telephone Number ▶ (206) 623-7580

**E**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the (Check one)
☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ duly authorized agent of
Nirvana, L.L.C.
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Allen Draher      Date ▼ 12-14-98

Handwritten signature (X) ▼ [signature]

**F**

**MAIL TO**
Name ▼ Allen Draher, Preston Gates & Ellis LLP
Number/Street/Apt ▼ 701 Fifth Ave., Ste. 5000
City/State/ZIP ▼ Seattle, WA 98104

Certificate will be mailed in window envelope

**G**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1994                    ☆U.S. COPYRIGHT OFFICE WWW FORM 1998

VA 564 166





Title: Happy Face
Nature of Work: Tee shirt (design of)
Author: Nirvana, Inc.