# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-212-996

**Effective Date of Registration:**
August 10, 2020
**Registration Decision Date:**
August 11, 2020

---

## Title

    **Title of Work:** Happy Face

## Completion/Publication

    **Year of Completion:** 1991
    **Date of 1st Publication:** August 15, 1991
    **Nation of 1st Publication:** United States

## Author

    • **Author:** Robert Andres Fisher
    **Author Created:** 2-D artwork
    **Work made for hire:** No
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Robert Andres Fisher
    21617 Woodland Crest Drive, Woodland Hills, CA, 91364, United States

## Certification

    **Name:** Inge De Bruyn
    **Date:** August 10, 2020

---

    **Correspondence:** Yes