# EXHIBIT 3

# ACKNOWLEDGEMENT

UMG Recordings, Inc., as successor-in-interest to The David Geffen Company ("Geffen"), acknowledges and agrees as follows:

1. On or about April 30, 1991, Geffen entered into a recording agreement with Kurt Cobain, Chris (Krist) Novoselic, and David (Dave) Grohl, professionally known as "Nirvana," that has been amended from time to time.

2. In July or August 1991, while under contract to Geffen, Nirvana began using the following "Smiley Face" design that was included in the following "Happy Face" t-shirt registered for copyright in the name of Nirvana, Inc., Reg. No. VA 564-1:




3. Geffen acknowledges and agrees that to the best of its knowledge, all copyright and related rights in the Nirvana "Smiley Face" design and "Happy Face" t-shirt design depicted and described above are now and at all times have been owned by Nirvana, Inc. or its successor Nirvana, L.L.C. For avoidance of doubt, to the extent necessary, Geffen retroactively grants and assigns all right, title and interest in and to the "Smiley Face" design depicted above and the "Happy Face" t-shirt whose design was registered for copyright in the name of Nirvana, Inc., Reg. No. VA 564-166, in 1993, and which includes the "Smiley Face" design, to Nirvana, L.L.C. and its predecessors, effective as of the date that work was created in 1991.

ACKNOWLEDGED, CONSENTED TO AND AGREED:

UMG Recordings, Inc., as successor-in-interest to
The David Geffen Company

Dated: 1/22/2020      By: _____
                          John Ray
                          Senior Vice President, Business & Legal Affairs

-1-

NIRVANA-001840