AO 121 (Rev. 06/16)

| TO: Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [x] ACTION  [ ] APPEAL | COURT NAME AND LOCATION<br>Central District of California<br>Western Division |
|---|---|
| DOCKET NO.<br>2:20-CV-10324-JAK | DATE FILED<br>11/11/2020 |
| PLAINTIFF<br>NIRVANA L.L.C., a Washington Limited Liability Company | DEFENDANT<br>ROBERT FISHER, an individual |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VA0000564166 | Happy Face | Nirvana, Inc. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading |
|---|---|

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>[x] Order  [ ] Judgment | WRITTEN OPINION ATTACHED<br>[ ] Yes  [x] No | DATE RENDERED<br>12/9/2021 |
|---|---|---|
| CLERK<br>KIRY K. GRAY | (BY) DEPUTY CLERK | DATE<br>12/10/2021 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV20-10324 JAK (SKx) | Date | December 9, 2021 |
| Title | Nirvana L.L.C. v. Robert Fisher | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) ORDER CONSOLIDATING CASES FOR PRE-TRIAL JS-6

Based on a review of the briefing in this action and the briefing in the related case, *Nirvana L.L.C. v. Mark Jacobs International L.L.C. et al.*, LA CV 18-10743, it is determined that this action and the earlier-filed action shall be consolidated for pre-trial proceedings.

The Clerk is directed to close the docket in this action. All further filings in the consolidated action shall be filed on the docket in *Nirvana L.L.C. v. Mark Jacobs International L.L.C. et al.* Whether any or all of the matters should be consolidated for trial is deferred until the completion of the pre-trial proceedings.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | tj |